# EXHIBIT F

EXHIBIT F

| Bond/Note/Fund Name | Date | Use of Funds | Loan to Value Ratio | Commingling Language | DBSI Net Worth |
|---|---|---|---|---|---|
| DBSI 2001A Funding Corp. | 3/1/2001 | "Proceeds from the sale of the Bonds will be loaned to certain DBSI Partnerships and Projects whose loan application is approved by the Company. The two primary financial loan requirements are that: (1) in the aggregate, the Partnerships must have expected cash flow, before fees to affiliates of the Company and after payment of the debt service on any underlying senior loans, equal to at least $1,540 for each $10,000 of Loan (debt service coverage of 140%); and (2) the aggregate Loan to Value Ratio of the Loans and all underlying senior loans must not exceed 85%." | 85% | "All of the proceeds from sale of the Bonds will be used for Loans to the DBSI Partnerships and Projects. The proceeds of these Loans will be used to refund similar bonds issued by DBSI Finance and Capital Corporations in 1994 or 1995 and for other purposes. None of the proceeds will be used for the Company's operating expenses or expenses associated with this Offering." | $200,000-$40,000,000 |
| DBSI 2001B Funding Corp. | 6/20/2001 | "Proceeds from the sale of the Bonds will be loaned to certain DBSI Partnerships and Projects whose loan application is approved by the Company. The two primary financial loan requirements are that: (1) in the aggregate, the Partnerships must have expected cash flow, before fees to affiliates of the Company and after payment of the debt service on any underlying senior loans, equal to at least $1,400 for each $10,000 of Loan (debt service coverage of 140%); and (2) the aggregate Loan to Value Ratio of the Loans and all underlying senior loans must not exceed 85%." | 85% | "All of the proceeds from sale of the Bonds will be used for Loans to the DBSI Partnerships and Projects. The proceeds of these Loans will be used to refund similar bonds issued by DBSI Finance and Capital Corporations in 1994 or 1995 and for other purposes. None of the proceeds will be used for the Company's operating expenses or expenses associated with this Offering." | $200,000-$81,000,000 |

EXHIBIT F

| Bond/Note/Fund Name | Date | Use of Funds | Loan to Value Ratio | Commingling Language | DBSI Net Worth |
|---|---|---|---|---|---|
| DBSI 2001C Funding Corp. | 11/15/2001 | "Proceeds from the sale of the Bonds will be loaned to certain DBSI Partnerships and Projects whose loan application is approved by the Company. The two primary financial loan requirements are that: (1) in the aggregate, the Partnerships must have expected cash flow, before fees to affiliates of the Company and after payment of the debt service on any underlying senior loans, equal to at least $1,400 for each $10,000 of Loan (debt service coverage of 140%); and (2) the aggregate Loan to Value Ratio of the Loans and all underlying senior loans must not exceed 85%." | 85% | "All of the proceeds from sale of the Bonds will be used for Loans to the DBSI Partnerships and Projects. The proceeds of these Loans will be used to refund similar bonds issued by DBSI Finance and Capital Corporations in 1994 or 1995 and for other purposes. None of the proceeds will be used for the Company's operating expenses or expenses associated with this Offering." | $200,000-$81,000,000 |
| DBSI 9.0% Senior Bond Extended | 2/10/2003 | "Proceeds from the sale of the Bonds will be used to loan monies to real estate asset based Entities controlled by the DBSI Group (the "Loans"). As Loan repayments occur prior to the due date of the Bonds, the Company may reloan some or all of the funds to any real estate asset based DBSI Group controlled Entity meeting the Loan Requirements or may hold some or all of the funds in reserves for the Mandatory Redemption at Option of Bondholder in DBSI Real Estate Funding Corp." | 85% | "All of the proceeds from the sale of the Bonds will be used for Loans to DBSI Group real estate asset based controlled Entities. The proceeds of Loans made to DBSI Group Controlled Entities will only be used to acquire, develop and/or finance real estate properties prior to their sale, resale, financing and/or syndication. None of the proceeds will be used for the Company's operating expenses or expenses associated with this Offering." | $200,000-$100,000,000 |

EXHIBIT F

| Bond/Note/Fund Name | Date | Use of Funds | Loan to Value Ratio | Commingling Language | DBSI Net Worth |
|---|---|---|---|---|---|
| DBSI GCC 10 | 8/25/2002 | "The proceeds of any Loans to DBSI Group controlled Entities may be used for general DBSI Group purposes including, without limitation, to form a revolving loan fund of up to $10,000,000 to acquire, develop and/or finance properties prior to their sale, resale, financing and/or syndication." | 85% | "All of the proceeds from sale of the Bonds will be used for Loans to DBSI Group controlled Entities. The proceeds of Loans made to DBSI Group controlled Entities may be used for general DBSI Group purposes, including, without limitation, to form a revolving loan fund of up to $10,000,000 to acquire, develop and/or finance properties prior to their sale, resale, financing and/or syndication. None of the proceeds will be used for the Company's operating expenses or expenses associated with this Offering." | $200,000-$100,000,000 |
| DBSI GCC 9 | 10/1/2002 | "The proceeds of any Loans to DBSI Group controlled Entities may be used for general DBSI Group purposes including, without limitation, to form a revolving loan fund of up to $10,000,000 to acquire, develop and/or finance properties prior to their sale, resale, financing and/or syndication." | 85% | "All of the proceeds from sale of the Bonds will be used for Loans to DBSI Group controlled Entities. The proceeds of Loans made to DBSI Group controlled Entities may be used for general DBSI Group purposes, including, without limitation, to form a revolving loan fund of up to $10,000,000 to acquire, develop and/or finance properties prior to their sale, resale, financing and/or syndication. None of the proceeds will be used for the Company's operating expenses or expenses associated with this Offering." | $200,000-$100,000,000 |

EXHIBIT F

| Bond/Note/Fund Name | Date | Use of Funds | Loan to Value Ratio | Commingling Language | DBSI Net Worth |
|---|---|---|---|---|---|
| DBSI Real Estate Funding Corp. 9.0% | 2/10/2003 | "The proceeds from the sale of Bonds will only be used to make Loans to certain real estate asset based Entities controlled by the DBSI Group." | 85% | "All of the proceeds from sale of the Bonds will be used for Loans to DBSI Group real estate asset based controlled Entities. The proceeds of Loans made to DBSI Group controlled Entities will only be used to acquire, develop, and/or finance real estate properties prior to their sale, resale, financing and/or syndication. None of the proceeds will be used for the Company's operating expenses or expenses associated with this Offering." | $200,000-$100,000,000 |
| DBSI 2007 Land Improvement & Development Fund LLC - Development Notes- Sharing Units | 1/24/2007 | "The Company will use the proceeds from the sale of the Sharing Units and Development Notes offered through the Development Notes PPM along with first lien loans from financial institutions, to provide capital or financing for the Projects, either directly or indirectly through Affiliates." Projects refer collectively to each individual property in the DBSI 2007 Land Improvement & Development Opportunity Fund LLC. | "The Manager anticipates that no individual Project will be encumbered by secured indebtedness or financed by unsecured indebtedness in excess of approximately 85% of its total development costs." | | $89 million |

EXHIBIT F

| Bond/Note/Fund Name | Date | Use of Funds | Loan to Value Ratio | Commingling Language | DBSI Net Worth |
|---|---|---|---|---|---|
| DBSI 2008 Development Opportunity Fund LLC - Development Notes | 1/15/2008 | "The Company will use the proceeds from the sale of the Development Notes and Sharing Units, along with first lien loans from financial institutions, to provide capital or financing for the Projects as described above.  Each Project acquired by the Company is expected to have a completion timeline between 18 and 36 months. When selecting Projects, the Manager will also focus on timing of completion and expects to acquire some Projects with shorter hold periods to provide earlier cash flow and longer-term Projects to maximize appreciation potential." Projects refers to each individual property in DBSI 2008 Development Opportunity Fund LLC- Development Notes. | "The Projects will be acquired through a combination of equity and debt (typically up to approximately 85% but in no event more than 89% of total projected cost including all fees payable to the Company)." Projects refers to each individual property in DBSI 2008 Development Opportunity Fund LLC- Development Notes. | | $105 million |
| DBSI 2006 Land Opportunity Fund - Preferred/Sharing Units | 4/19/2006 | "The Company will use the proceeds from the sale of the Units to provide capital or financing for the Projects, either directly or indirectly through Affiliates." Projects refer to the development of undeveloped land in the DBSI 2006 Land Improvement Fund. | | | $70 million |

EXHIBIT F

| Bond/Note/Fund Name | Date | Use of Funds | Loan to Value Ratio | Commingling Language | DBSI Net Worth |
|---|---|---|---|---|---|
| DBSI Short-Term Development Fund - Preferred/Non-Preferred Units | 3/27/2006 | "The Company will provide capital to the Affiliate, either by directly acquiring an interest in the Affiliate or the Projects or through certain lending arrangements with the Affiliate." Projects refer to "development projects" by certain Affiliates of Company that DBSI Short Term Development fund will participate. | | | $70 million |
| DBSI 2008 Development Opportunity Fund LLC - Sharing Units | 1/8/2008 | "The Company will use the proceeds from the sale of the Sharing Units and Development Notes along with first lien loans and any other priority positioned loans from financial institutions, to provide capital or financing for the Projects, either directly or indirectly through Affiliates." Projects refer collectively to each individual property in the DBSI 2008 Development Opportunity Fund LLC. | | | $105 million |
| DBSI Diversified Realty REIT Inc. | 5/6/2008 | "The REIT will contribute the net proceeds of the sale of any Shares under this Memorandum to the Operating Partnership. The Operating Partnership will use the net proceeds to purchase properties, pay the organizational and offering expenses of the Offering and fund the Share Repurchase Plan." | | | |
| DBSI Diversified Realty REIT Inc. | 1/14/2005 | "The REIT will contribute the net proceeds of the sale of any Shares under this Memorandum to the operating partnership in return for 100% of the initial interests in the operating partnership. The operating partnership will use the net proceeds to purchase properties and pay the organizational and offering expenses of the Offering." | | | |

EXHIBIT F

| Bond/Note/Fund Name | Date | Use of Funds | Loan to Value Ratio | Commingling Language | DBSI Net Worth |
|---|---|---|---|---|---|
| DBSI 2006 Stage I Development Fund LLC | 6/ /2006 | "The Company will use the proceeds from the sale of the Units to provide capital or financing for the Real Estate, either directly or indirectly through Affiliates.  The investment objectives of the Company, in order of priority, are to: (1) preserve and protect the Members' capital; (2) provide to the Members cash distributions from the sale of the Real Estate; and (3) provide return of the Member's capital upon the termination and dissolution of the Company which is anticipated to be at the end of seven years. *There can be no assurance that any of such objectives will be attained.*" | | "The Manager has a fiduciary responsibility for the safekeeping and use of all of the Company's funds and assets, whether or not they are in the Manager's immediate possession and control.  The Manager may employ persons or firms to carry out all or any portion of the business of the Company and has the authority to employ contractors, architects, attorneys, accountants, engineers, appraisers or other persons or entities to assist in the management and operation of the Company.  Some or all of such persons or entities employed may be Affiliates of the Manager." | $70 million |
| DBSI 2006 Stage 3 Development Fund LLC | 7/ /2006 | "The Company will provide capital to the Affiliate, either by directly acquiring an interest in the Affiliate or the Projects or through certain lending arrangements with the Affiliate.  The investment objectives of the Company, in order of priority, are to: (1) preserve and protect the Members' capital; (2) provide to the Members cash distributions from the sale of the Projects; and (3) provide return of the Member's capital upon the termination and dissolution of the Company which is anticipated to be at the end of three years. *There can be no assurance that any of such objectives will be attained.*" | | "The Manager has a fiduciary responsibility for the safekeeping and use of all of the Company's funds and assets, whether or not they are in the Manager's immediate possession and control.  The Manager may employ persons or firms to carry out all or any portion of the business of the Company and has the authority to employ contractors, architects, attorneys, accountants, engineers, appraisers or other persons or entities to assist in the management and operation of the Company.  Some or all of such persons or entities employed may be Affiliates of the Manager." | $90 million |

EXHIBIT F

| Bond/Note/Fund Name | Date | Use of Funds | Loan to Value Ratio | Commingling Language | DBSI Net Worth |
|---|---|---|---|---|---|
| DBSI 2006 Stage 3 Multi-Family Development Fund LLC | 9/11/2006 | "The Company was organized to participate, directly or indirectly, in development projects by certain Affiliates of the Company. Using the net proceeds raised from the sale of Units, the Company will provide the necessary capital to the Affiliate, either by directly acquiring an interest in the Affiliate or through certain lending arrangements with the Affiliate. The investment objectives of the Company, in order of priority, are to: (1) preserve and protect the Members' capital; (2) provide to the Members cash distributions from the sale of the Projects; and (3) provide return of the Member's capital upon the termination and dissolution of the Company which is anticipated to be at the end of four years. *There can be no assurance that any of these objectives will be attained.*" | | "The Manager has a fiduciary responsibility for the safekeeping and use of all of the Company's funds and assets, whether or not they are in the Manager's immediate possession and control. The Manager may employ persons or firms to carry out all or any portion of the business of the Company and has the authority to employ contractors, architects, attorneys, accountants, engineers, appraisers or other persons or entities to assist in the management and operation of the Company. Some or all of such persons or entities employed may be Affiliates of the Manager." | $89 million |
| DBSI Valley View LLC | 12/13/2005 | "The proceeds from the sales of Notes will be used only for the development of the [Valley View 2] Project and to pay expenses of this Offering." | | | |